# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 15, 2015

## NO. 03-13-00237-CR

**The State of Texas, Appellant**

**v.**

**Clayton Kyle Stone, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY**
**BEFORE JUSTICES PEMBERTON, FIELD, AND BOURLAND**
**REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD**

This is an appeal from the order granting a motion to suppress evidence entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the trial court's order and remands the case for reconsideration of the motion to suppress. The State shall pay all costs relating to this appeal, both in this Court and the court below.